PD-1017&1018&1019-15

PD-1017&1018&1019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/7/2015 8:17:34 AM
Accepted 8/11/2015 1:30:11 PM
ABEL ACOSTA
CLERK

PDR No. _____

Court of Appeals Nos.  03-13-00390-CR, 03-13-00391-CR & 03-13-00392-CR

| | | |
|---|---|---|
| ANDREA STANLEY | § | IN THE TEXAS COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | AT AUSTIN, TEXAS |

PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE
PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ANDREA STANLEY,   Petitioner in the above styled and numbered cause, and moves this Court for a 90-day extension to file her Petition for Discretionary Review, and would show as follows:

1.      Petitioner has been convicted for the offenses of Aggravated Assault, Aggravated Kidnaping, and Burglary of a Habitation.  She has been assessed sentences of 50 years and 20 years on the Aggravated Assault charges,  50 years on the Aggravated Kidnaping charge, and 50 years on the Burglary of a Habitation charge.

2.      The Third District Court of Appeals issued an unpublished decision in this case on July 30, 2015.  *Andria Stanley v. State of Texas*,  03-13-00390-CR, 03-13-00391-CR & 03-13-00392-CR (Tex.App. – Austin, July 30, 2015).   The PDR in

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

this case is due on or before August 31, 2015.

3. The undersigned counsel is appointed and his appointment has terminated following the decision in this case. Counsel does not intend to continue representation on a pro se basis. Counsel has advised Petitioner by letter on this date regarding the termination of his representation and her right to seek a Petition for Discretionary Review on a *pro se* basis, or through retained counsel.

4. In order to pursue her options, Petitioner needs time to retain counsel, or to obtain the record and other necessary documents in which to prepare a PDR on a *pro se* basis.

5. Accordingly, the undersigned counsel requests this Court extend the deadline to file the PDR in this case by 90 days from the current due date.

5. Ms. Stanley's personal information for the purposes of notices by this Court is as follows:

> Ms. Andria Stanley
> # 01861816
> TDCJ Mountainview Unit
> 2305 Ransom Road
> Gatesville, TX 76528

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this Court grant this Motion, and grant an additional 90 days to file a PDR in this case

> Respectfully submitted,

2

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150, # 260
Austin, TX 78749
Tele: 512/ 420-8850
Fax: 512/ 233 - 5946
Cell: 512/ 731-3159
Email: alcalhoun@earthlink.net


BY:_/s/ *Alexander L Calhoun*
Alexander L. Calhoun
State Bar No.: 00787187

Attorney for Andria Stanley


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, a copy of the above and foregoing motion

has been served by mail upon the Travis County District Attorney's Office, at the

following address:

Travis County District Attorney
P.O. Box 1748
Austin, TX 78711

upon the  State Prosecution Attorney by U.S. Mail at the following address:

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

and upon Appellant by U.S. Mail to the following address:

Ms. Andria Stanley
# 01861816
TDCJ Mountainview Unit
2305 Ransom Road
Gatesville, TX 76528


/s/   *Alexander L Calhoun*
Alexander L. Calhoun